# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAFAEL GILBERT,<br><br>    Defendant. | Case No.: 22CR0559-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

JOINT MOTION HAVING BEEN ENTERED and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED the Motion Hearing/Trial Setting currently scheduled for April 15, 2022 at 1:30 p.m., be continued to May 27, 2022 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by April 22, 2022.

For reasons stated in the Joint Motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

1

IT IS FURTHER ORDERED that the period of delay from the filing of the Joint Motion until May 27, 2022 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

Dated:  April 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge