# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | Case No.: 22CR0559-JLS |
|---|---|
| Plaintiff, | |
| vs. | **ORDER CONTINUING MOTION HEARING** |
| RAFAEL GILBERT, | |
| Defendant. | |

JOINT MOTION HAVING BEEN ENTERED and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED the Motion Hearing/Trial Setting currently scheduled for May 27, 2022 at 1:30 p.m., be continued to July 1, 2022 at 1:30 p.m.

For reasons stated in the Joint Motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the period of delay from the filing of the Joint Motion until July 1, 2022 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: May 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge