# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL GILBERT,<br><br>　　　　　　　　　Defendant. | Case No.: 22CR0559-JLS<br><br>**ORDER TO CONTINUE THE MOTION HEARING AND TRIAL SETTING; ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

Upon joint motion of the Parties and good cause appearing,

IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting is continued from July 1, 2022 to September 9, 2022 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) as well as 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: June 29, 2022

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge