**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>RAFAEL GILBERT,<br><br>                    Defendant. | Case No.: 22CR0559-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE; ORDER TO EXONERATE BOND** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that: (1) the Information [ECF 18] in the above-entitled case be dismissed without prejudice; (2) bond is exonerated.

IT IS SO ORDERED.

Dated:  November 4, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge